# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152333

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC:  152333
COA:  328030
Grand Traverse CC:
2014-011822-FC

JORGEANTONIO LOPEZ ALVARADO,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 28, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2016



Clerk

s1017